## HARVEY FRANKLIN BOYD v. STATE OF MARYLAND

[No. 68, September Term, 1982.]

*Decided July 27, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari filed in this case by Harvey Franklin Boyd presented the following question: "Did the Court of Special Appeals err in holding that the dismissal requirement of Article 27, § 616 E (Article IV of the Interstate Agreement on Detainers) did not apply to the instant case because the instant indictment was not one contemplated by § 616 E (e)?"

The petition having been granted, the judgment of the Court of Special Appeals in *Boyd v. State,* 51 Md. App. 197, 441 A.2d 1133 (1982) is affirmed for the reasons set forth in the opinion of that Court.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*